PETER K. KNAPP et al., Appellants, *v.* AUGUSTA S. KNAPP et al., Respondents.

(Argued March 19, 1883; decided April 17, 1883.)

*John E. Develin* and *Theodore F. Jackson* for appellants.

*John E. Parsons* and *Edmund Wetmore* for respondents.

Decided on the opinion of the referee.
*Per curiam mem.* for reversal of judgment of General Term of affirmance of judgment on report of referee.
All concur.
Judgment accordingly.

---

EDWARD FREEL *v.* THOMAS T. BUCKLEY, Appellant, JAMES S. FEELY et al., Respondents.

(Submitted March 20, 1883; decided April 17, 1883.)

*McGuire & Kuhn* for appellant.

*John U. Shorter* for respondents.

Decided on opinion in *Bertles* v. *Nunan* (*ante*, 152) and by the same vote.

Order of General Term reversed. Order of Special Term modified so as to order the county treasurer to pay the whole of the surplus money in his hands to the credit of this action (after deducting $15 for the fees of the referee) to the appellant, Thomas T. Buckley.